# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BRANDI TORRES-WILLS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. 1:05CV983-VEH** |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

The court having received the Joint Stipulation of Dismissal in this case, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED**, costs taxed as paid, with prejudice.

**DONE** and **ORDERED** this the 30th day of November, 2005.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge